FILED
JAN - 8 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR., <br><br>Plaintiff, <br><br>vs. <br><br>MELVIN CLARK, et al., <br><br>Defendants. | Cause No. CV 16-126-GF-SPW <br><br>ORDER |

This action was dismissed on December 6, 2018. On January 3, 2019, Plaintiff Fourstar moved to amend the judgment under Federal Rule of Civil Procedure 59(e) "due to the inapplicable 18 U.S.C. § 3583(h) and 18 U.S.C. § 2423." Mot. (Doc. 30) at 1.

This statement does not appear to be pertinent to this action. At any rate, it does not alter or amend the judgment dismissing this action for failure to state a claim on which relief may be granted. A litigant's disagreement with a decision or with the Court's view of the facts underlying it is not included among the few circumstances supporting relief under Rule 59. *See, e.g., Allstate Ins. Co. v. Herron*, 634 F.3d 1101, 1111 (9th Cir. 2011).

1

Accordingly, Fourstar's Rule 59(e) motion (Doc. 30) is DENIED.

DATED this 8th day of January, 2019.

*Susan P. Watters*
Susan P. Watters
United States District Judge